The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAWANDEEP DHUNNA, | No.: 2:21-cv-00720-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES |
| vs. | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

## STIPULATION

Plaintiff Pawandeep Dhunna and Defendants the Department of Homeland Security, *et al.*, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for a 90-day extension of (1) the deadline for Defendants to respond to the Complaint, and (2) the deadlines in the Court's order (Dkt. #8) that sets dates for the exchange of Initial Disclosures and filing a Combined Joint Status Report and Discovery Plan.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadlines as there was when

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the parties submitted their first stipulated request for an extension of the deadlines in August 2021 (Dkt. #7). As the parties explained then, statutory authorization related to the EB-5 regional center program (the program under which the plaintiff filed an I-526 petition) expired at the end of the day on June 30, 2021. The lapse continues. Due to this lapse in authorization, in general, U.S. Citizenship and Immigration Services ("USCIS") will not act on any pending Form I-526 petition that is dependent on the lapsed statutory authority until further notice. *See* https://www.uscis.gov/working-in-the-united-states/permanent-workers/eb-5-immigrant-investor-program (second alert). In addition, "[a]lthough USCIS is unable to review [the plaintiff's Request for Evidence] response at this time, [USCIS] will . . . maintain the response for review if circumstances change." A 90-day extension will give the parties time to monitor whether Congress will renew the statutory authorization related to the regional center program and to assess the impact of such reauthorization (or lack thereof) on this litigation. Continuing the existing deadlines for a responsive pleading, initial disclosures, and a joint status report will allow the parties to conserve resources because they will not have to expend resources completing work on the case that may become moot (or the issues may change) depending on whether Congress renews the statutory authorization related to the program.

Therefore, the parties agree to and propose new deadlines as follows:

| Action | Deadline |
| --- | --- |
| Defendants' responsive pleading | February 7, 2022 |
| Rule 26(f) Conference | January 25, 2022 |
| Exchange initial disclosures | February 1, 2022 |
| File Joint Status Report | February 8, 2022 |

//

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: October 25, 2021                    *s/ Gabrielle D. Schneck*
                                              Gabrielle D. Schneck
3                                             Millar & Hayes, PC
                                              2633 Eastlake Avenue E., Suite 300
4                                             Seattle, WA
                                              Phone: 206.262.0561
5                                             gabrielle@usborderlaw.com
                                              Attorney for Plaintiff

8  DATED: October 25, 2021                    NICHOLAS W. BROWN
                                              United States Attorney

                                              *s/ Sarah K. Morehead*
10                                            SARAH K. MOREHEAD, WSBA #29680
                                              Assistant United States Attorney
11                                            United States Attorney's Office
                                              700 Stewart Street, Suite 5220
12                                            Seattle, WA 98101-1271
                                              Phone: (206) 553-7970
13                                            Email: sarah.morehead@usdoj.gov
                                              Attorney for Defendants

# ORDER

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970