The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAWANDEEP DHUNNA, | No.: 2:21-cv-00720-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES |
| vs. | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff Pawandeep Dhunna and Defendants the Department of Homeland Security, *et al.*, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for a 90-day extension of (1) the deadline for Defendants to respond to the Complaint, and (2) the deadlines in the Court's order (Dkt. #10) that sets dates for the exchange of Initial Disclosures and filing a Combined Joint Status Report and Discovery Plan.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadlines as there was when

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the parties submitted their previous stipulated request for an extension of the deadlines (Dkt. #7, 9). As the parties explained then, statutory authorization related to the EB-5 regional center program (the program under which the plaintiff filed an I-526 petition) expired at the end of the day on June 30, 2021. The lapse continues. Due to this lapse in authorization, in general, U.S. Citizenship and Immigration Services ("USCIS") will not act on any pending Form I-526 petition that is dependent on the lapsed statutory authority until further notice. *See* https://www.uscis.gov/working-in-the-united-states/permanent-workers/eb-5-immigrant-investor-program (second alert). In addition, "[a]lthough USCIS is unable to review [the plaintiff's Request for Evidence] response at this time, [USCIS] will . . . maintain the response for review if circumstances change." A 90-day extension will give the parties time to monitor whether Congress will renew the statutory authorization related to the regional center program and to assess the impact of such reauthorization (or lack thereof) on this litigation. Continuing the existing deadlines for a responsive pleading, initial disclosures, and a joint status report will allow the parties to conserve resources because they will not have to expend resources completing work on the case that may become moot (or the issues may change) depending on whether Congress renews the statutory authorization related to the program.

Therefore, the parties agree to and propose new deadlines as follows:

| Action | Deadline |
| --- | --- |
| Defendants' responsive pleading | May 9, 2022 |
| Rule 26(f) Conference | April 25, 2022 |
| Exchange initial disclosures | May 2, 2022 |
| File Joint Status Report | May 9, 2022 |

//

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: January 19, 2022              *s/ Gabrielle D. Schneck*
                                        Gabrielle D. Schneck, WSBA #45448
3                                       Millar & Hayes, PC
                                        2633 Eastlake Avenue E., Suite 300
4                                       Seattle, WA
                                        Phone: 206.262.0561
5                                       gabrielle@usborderlaw.com
                                        Attorney for Plaintiff

6

7

8  DATED: January 19, 2022              NICHOLAS W. BROWN
                                        United States Attorney
9
                                        *s/ Michelle R. Lambert*
10                                      MICHELLE R. LAMBERT, NYS#4666657
                                        Assistant United States Attorney
11                                      United States Attorney's Office
                                        1201 Pacific Avenue, Suite 700
12                                      Tacoma, WA 98402
                                        Phone: (253) 428-3824
13                                      Email: michelle.lambert@usdoj.gov
                                        Attorney for Defendants

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED.**

DATED this 27th day of January, 2022.

                                                                       _____
                                                                       BARBARA J. ROTHSTEIN
                                                                       UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970