The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

PAWANDEEP DHUNNA,

Plaintiff,

vs.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

No.: 2:21-cv-00720-BJR

STIPULATED MOTION AND ORDER TO
STAY LITIGATION

10

11

12

13

14

15    Plaintiff Pawandeep Dhunna and Defendants the Department of Homeland Security, *et al.*,

16    through their respective counsel, jointly stipulate and move for a 90-day stay of this litigation,

17    including (1) the deadline for Defendants to respond to the Complaint, and (2) the deadlines in the

18    Court's order (Dkt. #14) setting dates for the exchange of Initial Disclosures and filing a Combined

19    Joint Status Report and Discovery Plan.  The parties submit there is good cause to continue to stay

20    the litigation.

21    On March 15, 2022, President Biden signed into law the Consolidated Appropriations Act,

22    2022.  *See* https://www.congress.gov/bill/117th-congress/house-bill/2471.  Division BB of this

23

24

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

appropriations law constitutes the EB-5 Reform and Integrity Act of 2022, which contains authority for a new EB-5 Regional Center program. Pub. L. No. 117-103, div. BB § 103.

The Congressional authority for the new EB-5 Regional Center program contains various reforms and implementation dates and will affect the processing of those EB-5 petitions and related applications pending at the time of the 2021 expiration of the prior Regional Center program. On April 11, 2022, the United States Citizenship and Immigration Service ("USCIS") provided official public guidance that it has "resumed processing regional center-based Form I-526, Immigrant Petition by Alien Entrepreneur, filed on or before the sunset of the previous regional center program on June 30, 2021." https://www.uscis.gov/i-526.

Because USCIS may require additional time to process Plaintiff's I-526 petition in accordance with this recently-released guidance, the parties agree, through their respective counsel of record, that an additional 90-day stay is appropriate. USCIS agrees to take initial adjudicatory action on Plaintiff's petition within 90 days. Initial adjudicatory action means issuing a Request for Evidence, issuing a Notice of Intent to Deny, or approving or denying the petition. The parties will file a joint status report within 90 days.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**ORDER**

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2022.

_Barbara J. Rothstein_

The Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970