The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PAWANDEEP DHUNNA, | ) | No.: 2:21-cv-00720-BJR |
| | ) | |
| Plaintiff, | ) | STIPULATED MOTION AND ORDER TO |
| | ) | STAY LITIGATION |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Pawandeep Dhunna and Defendants the Department of Homeland Security, *et al.*, through their respective counsel, jointly stipulate and move to continue to stay this litigation until October 31, 2022.  The parties submit there is good cause to continue to stay the litigation.

In this litigation, Plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his I-526 petition.  USCIS issued a Request for Evidence ("RFE") to Plaintiff on May 6, 2022.  Plaintiff has until September 30, 2022, to respond to the RFE.  Once this response is received, USCIS can continue to process Plaintiff's I-526 petition.  To provide Plaintiff with the necessary time to respond and for USCIS to review the response, the parties agree that staying the litigation until October 31, 2022, is appropriate.  Accordingly, the

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

parties respectfully request that this Court continue the stay and allow them to file a joint status report on or before October 31, 2022.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 12, 2022    *s/ Andrew J Hayes*
ANDREW JACOB HAYES
WSBA #45605
Millar & Hayes, PC
2633 Eastlake Avenue E., Suite 300
Seattle, WA
Phone: 206.262.0561
andrewh@usborderlaw.com
Attorney for Plaintiff

DATED: July 12, 2022    NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov
Attorney for Defendants

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED.**

Dated this 18th day of July, 2022.

*Barbara J. Rothstein*
The Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970