The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAWANDEEP DHUNNA, | No.: 2:21-cv-00720-BJR |
| Plaintiff, | STIPULATED MOTION AND ORDER TO STAY LITIGATION |
| vs. | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Plaintiff Pawandeep Dhunna and Defendants the Department of Homeland Security, *et al.*, through their respective counsel, jointly stipulate and move to continue to stay this litigation until January 24, 2023. The parties submit there is good cause to continue to stay the litigation.

In this litigation, Plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his I-526 petition. USCIS issued a Request for Evidence ("RFE") to Plaintiff on May 6, 2022. USCIS recently received Plaintiff's response to the RFE on October 17, 2022. To provide USCIS with the necessary time to review the response and adjudicate the I-526 petition, the parties agree that staying the litigation until January 24, 2023, is

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

appropriate. Accordingly, the parties respectfully request that this Court continue the stay and allow them to file a joint status report on or before January 24, 2023.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 26, 2022

*s/ Andrew Jacob Hayes*
ANDREW JACOB HAYES
WSBA #45605
Millar & Hayes, PC
2633 Eastlake Avenue E., Suite 300
Seattle, WA
Phone: 206.262.0561
andrewh@usborderlaw.com
Attorney for Plaintiff

DATED: October 26, 2022

NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov
Attorney for Defendants

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2022.

*Barbara J. Rothstein*
The Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION
AND ORDER
2:21-cv-00720-BJR
Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970